

**R.L.S.**

v.

**B.T.M.**

**1036 WDA 2016**

Superior Court of Pennsylvania.

04/21/2017

158 of 2015–D (Westmoreland)

Vacated/Remanded

**IN RE: ADOPTION OF L.M.W.,**

**Appeal of: S.W., Mother**

**1912 WDA 2016**

Superior Court of Pennsylvania.

04/21/2017

No. 13 of 2016 (Armstrong)

Affirmed

**IN RE: ADOPTION OF S.A.D.,**

**Appeal of: S.W., mother**

**1913 WDA 2016**

Superior Court of Pennsylvania.

04/21/2017

14 OF 2016
(Armstrong)

Affirmed

**COM.**

v.

**GARY, R.**

**1629 EDA 2015**

Superior Court of Pennsylvania.

04/24/2017

CP–51–CR–0006515–2010
(Philadelphia)

Affirmed

**COM.**

v.

**KELSEY, T.**

**195 EDA 2016**

Superior Court of Pennsylvania.

04/24/2017

CP–46–CR–0008889–2014 (Montgomery)

Affirmed

